IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 0:21-cv-61026 Ruiz/Strauss

UNITED STATES OF AMERICA,

  Plaintiff,

v.


CARLOS M. ROVATI,

  Defendant.
  _____/

## JOINT MOTION FOR ENTRY OF JUDGMENT

The parties, Plaintiff United States of America and Defendant Carlos M. Rovati, respectfully request entry of the attached proposed final judgment. In support the parties stipulate as follows:

1. The United States filed this suit to collect unpaid civil penalties assessed against Defendant Carlos M. Rovati for his failure to timely report his financial interest in foreign bank accounts, as required by 31 U.S.C. § 5314 and its implementing regulations, plus penalties and interest that continue to accrue from that date to the date of payment according to law, for tax years 2012 and 2013. Doc. 1.

2. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331, 1345, and 1355.

3. The parties stipulate to entry of judgment in favor of the United States and against Carlos M. Rovati in the amount of $1,109,151 plus $268,019.50 in penalties and $134,009.75 in interest, as of June 15, 2023, and that continue to accrue from that date to the date of payment according to law. Each party will bear its own costs and fees, including attorneys' fees.

**WHEREFORE**, the parties respectfully request that this Court enter the attached proposed judgment in favor of the United States and against Carlos M. Rovati in the amount $1,511,180.25 as of June 15, 2023, plus penalties and interest that continue to accrue from that date to the date of payment according to law.

Dated: July 28, 2023                                  Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

and

| **Zachary A. Gray** | **Magda Abdo-Gomez** |
|---|---|
| ZACHARY A. GRAY | MAGDA ABDO-GOMEZ, Esq. |
| CA Bar # 291376 \| Special Bar # A5502686 | Florida Bar Number 352810 |
| Trial Attorney, Tax Division | P.O. Box 65-4112 |
| U.S. Department of Justice | Miami, Florida 33265-4112 |
| P.O. Box 14198 | 305-559-7478 |
| Washington, D.C. 20044 | Maggie@magtaxatty.com |
| 202-353-1988 (v) \| 202-514-4963 (f) | *Counsel for Carlos Rovati* |
| Zachary.A.Gray@usdoj.gov | |

*Of counsel*:
MARKENZY LAPOINTE
United States Attorney
Southern District of Florida

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I certify that on July 19, 2023, the foregoing was served on Defendant's counsel, in addition to filed via ECF, at:

Magda Abdo-Gomez, Esq., counsel for Carlos M. Rovati, at maggie@magtaxatty.com

<u>**Zachary A. Gray**</u>
ZACHARY A. GRAY
Trial Attorney, Tax Division
U.S. Department of Justice